COPY

JUDGE McKENNA

DAVID LOPEZ, ESQ.  DL6779
Attorney for Plaintiff
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel:         631.287.5520
Fax:         631.283.4735
e-Mail:      DavidLopezEsq@aol.com

09 CV 5105

RECEIVED
JUN - 1 2009
U.S.D.C. S.D.N.Y.
CASHIERS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| **DEBORAH DONOGHUE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| - against - ) | |
| ) | **COMPLAINT FOR RECOVERY OF** |
| **PERSHING SQUARE CAPITAL** ) | **SHORT-SWING PROFITS** |
| **MANAGEMENT, L.P.,** ) | **UNDER 15 USC 78p(b)** |
| **PERSHING SQUARE GP, LLC,** ) | |
| **PERSHING SQUARE HOLDINGS** ) | **Jury Trial Demanded** |
| **GP, LLC,** ) | |
| **PS MANAGEMENT GP, LLC,** ) | |
| **PERSHING SQUARE HOLDINGS,** ) | |
| **PERSHING SQUARE INTER-** ) | |
| **NATIONAL, LTD.,** ) | |
| **PERSHING SQUARE, L.P.,** ) | |
| **PERSHING SQUARE II, L.P.,** ) | |
| **PERSHING SQUARE IVC, L.P.,** ) | |
| **PERSHING SQUARE IV A, L.P.,** ) | |
| **PERSHING SQUARE TRADE-CO, LP,**) | |
| **PERSHING SQUARE IV-I TRADE** ) | |
| **CO., LTD.,** ) | |
| **PERSHING SQUARE INTER-** ) | |
| **NATIONAL IV TRADE-CO, LTD.,** ) | |
| **And WILLIAM A. ACKMAN,** ) | |
| ) | |
| **Defendants,** ) | |
| _____ ) | |
| ) | |
| **TARGET CORPORATION,** ) | |
| ) | |
| **Nominal Defendant.** ) | |
| _____ x | |

**DEBORAH DONOGHUE**, by David Lopez, Esq., her attorney, complaining of the defendants, respectfully alleges the following upon information and belief, except as to paragraph 2, which plaintiff alleges on personal knowledge:

**JURISDICTION:**

1.      This action arises under the provisions of Section 16(b) of the Securities Exchange Act of 1934, as amended (the "Act"), 15 U.S.C. Section 78p(b), and jurisdiction is conferred upon this court by Section 27 of the Act,15 U.S.C. Section 78aa.

**THE PARTIES:**

2.      Plaintiff is a security owner of TARGET CORPORATION ("TARGET"), a Minnesota Corporation with principal offices at 1000 Nicollet Mall, Minneapolis, Minnesota 55403.

3.      At all times relevant the common stock of TARGET was registered under Section 12 of the Act and was and is traded on the floor of the New York Stock Exchange located within this district.

4.      This action is brought in the right and for the benefit of TARGET which is named as a nominal party defendant solely in order to have all necessary parties before the court.

5.      At certain times and from time to time beginning on July 5, 2007, each of the defendants, other than TARGET (the "DEFENDANTS" in the aggregate

or a "DEFENDANT" singly), was an insider of TARGET, to wit: a member of a "group" (the "GROUP") under Section 13(d) of the Act and the rules and regulations promulgated thereunder whose aggregate holdings constituted beneficial ownership of more than 10% of the common stock of TARGET, a class of equity security.

6.      Such more-than-10% beneficial ownership is based on ownership of shares of common stock and includes common stock underlying over-the-counter American-style call options and cash-settled equity swaps.

7.      Each DEFENDANT was under the common control, directly or indirectly, of WILLIAM A. ACKMAN and of PERSHING SQUARE CAPITAL MANAGEMENT, L.P., who had the shared delegated power to implement decisions for the purchase, holding, voting and sale of shares of TARGET owned by any DEFENDANT.

8.      PS MANAGEMENT was the general partner of PERSHING SQUARE CAPITAL MANAGEMENT, L.P. and shared the power to acquire, vote, hold and dispose of shares of TARGET held by GROUP members.

9.      PERSHING SQUARE GP was the general partner of PERSHING SQUARE, L.P. and PERSHING SQUARE II, L.P. and shared the power to acquire, hold, vote and dispose of shares of TARGET held by each such DEFENDANT.

10.     PERSHING SQUARE HOLDINGS GP was the general partner of PERSHING SQUARE, L.P. and PERSHING SQUARE IV A and shared power to acquire, hold vote and dispose of shares of TARGET held by that DEFENDANT.

11.     The GROUP acted in concert with a control purpose *vis a vis* TARGET, engaging in a failed proxy contest with the management of TARGET to elect five directors to TARGET'S Board of Directors over management's opposition.

12.     All members of the GROUP admitted to membership in the GROUP with respect to their holdings of TARGET in a Schedule 13D dated July 16, 2007, and in seven subsequent amendments thereto.

13.     Each member of the GROUP maintains a principal place of business or is found at 888 Seventh Avenue, New York, New York 10019, the offices of PERSHING SQUARE CAPITAL MANAGEMENT, L.P. and of WILLIAM A. ACKMAN.

14.     By reason of their membership in the GROUP at times when it was a beneficial owner of more-than-10% of the common stock of TARGET, each DEFENDANT is individually deemed as a matter of law to have been a more-than-10% beneficial owner of TARGET at such times and to be liable to the extent of its pecuniary interest in any short-swing trading by members of the GROUP.

**STATUTORY REQUISITES:**

15.     The violations of Section 16(b) of the Act to be described herein involve non-exempt securities in non-exempt transactions engaged in by non-exempt persons within the meaning of the Act.

16.     Demand for prosecution was made on TARGET on March 17, 2009.  More than 60 days have passed from the date of demand without TARGET

4

beneficial owner of TARGET may be matched against one another using the "lowest-in, highest out" method to produce profits recoverable from the defendants to the extent of their respective pecuniary interests in such profits. The amounts of such profits are unknown to Plaintiff and will require discovery to determine the completeness of the aforesaid enumeration followed by matching of transactions and an accounting.

22.     Such profits are recoverable on behalf of TARGET by Plaintiff as a shareholder of TARGET, the latter having failed or refused to act in its own right and for its own benefit.

**SECOND CLAIM FOR RELIEF:**

23.     This Second Claim For Relief is a precaution against possible errors of detail attributable to the failure of the DEFENDANTS to comply with the reporting requirements of 15 U.S.C. 78p(a), inaccuracies in the public record or the discovery of additional trades during the course of this action.

24.     The DEFENDANTS, acting during periods not barred by the statute of limitations measured from the date of the filing of this complaint, purchased and sold or sold and purchased equity securities or equity security equivalents of TARGET within periods of less than six months of each other while more-than-10% beneficial owners of TARGET.

25.     By reason of such purchases and sales or sales and purchases of its equity securities or equity security equivalents within periods of less than six months

of one another while insiders of TARGET, the DEFENDANTS realized profits, the exact amounts thereof being unknown to Plaintiff, which profits inure to the benefit, and are recoverable by Plaintiff on behalf, of TARGET.

**WHEREFORE**, Plaintff demands judgment:

a)      Requiring the DEFENDANTS and each of them to account for and to pay over to TARGET the short-swing profits realized and retained by each of them in violation of Section 16(b) of the Act, together with appropriate interest and the costs of this suit;

b)      Awarding to Plaintiff her costs and disbursements including reasonable attorney's, accountants and expert witness fees; and

c)      Granting to Plaintiff such other and further relief as the court may deem just and proper.

Dated:      Southampton, New York
            June 1, 2009

Yours, etc.

David Lopez, Esq.

7

EXHIBIT A

```
<DOCUMENT>
<TYPE>EX-99.3
<SEQUENCE>4
<FILENAME>exhibit993.txt
<DESCRIPTION>TRANSACTIONS
<TEXT>
```

Exhibit 99.3
TRANSACTIONS EFFECTED DURING THE PAST SIXTY DAYS

(All transactions were regular market transactions)

| Date of transaction | Person effecting transaction | Amount of securities Bought/ (Sold) | Price per share or unit |
|---|---|---|---|
| **Common Stock** | | | |
| April 17, 2007 | Pershing Square II, L.P. | 409 | $60.60 |
| April 17, 2007 | Pershing Square II, L.P. | 2,788 | $60.62 |
| April 18, 2007 | Pershing Square II, L.P. | 2,665 | $60.68 |
| April 18, 2007 | Pershing Square II, L.P. | 415 | $60.76 |
| April 19, 2007 | Pershing Square II, L.P. | 1,276 | $60.86 |
| April 19, 2007 | Pershing Square II, L.P. | 1,808 | $61.21 |
| April 19, 2007 | Pershing Square II, L.P. | 630 | $61.23 |
| April 20, 2007 | Pershing Square II, L.P. | 126 | $61.98 |
| April 27, 2007 | Pershing Square II, L.P. | (10,117)* | $60.77 |
| April 30, 2007 | Pershing Square II, L.P. | 3,768 | $59.80 |
| April 30, 2007 | Pershing Square II, L.P. | 3,761 | $59.91 |
| April 30, 2007 | Pershing Square II, L.P. | 321 | $60.00 |
| May 1, 2007 | Pershing Square II, L.P. | 536 | $58.74 |
| May 1, 2007 | Pershing Square II, L.P. | 1,626 | $58.92 |
| May 2, 2007 | Pershing Square II, L.P. | (10,012)* | $58.95 |
| May 7, 2007 | Pershing Square II, L.P. | 1,255 | $59.32 |
| May 8, 2007 | Pershing Square II, L.P. | 1,282 | $58.91 |
| May 8, 2007 | Pershing Square II, L.P. | 3,530 | $59.03 |
| May 8, 2007 | Pershing Square II, L.P. | 2,740 | $59.18 |
| May 9, 2007 | Pershing Square II, L.P. | 2,115 | $59.08 |
| May 11, 2007 | Pershing Square II, L.P. | (10,922)* | $58.25 |
| May 22, 2007 | Pershing Square II, L.P. | 954 | $58.13 |
| May 22, 2007 | Pershing Square II, L.P. | 2,544 | $58.20 |
| May 22, 2007 | Pershing Square II, L.P. | 7,174 | $58.21 |
| April 17, 2007 | Pershing Square International, Ltd. | 36,194 | $60.60 |
| April 17, 2007 | Pershing Square International, Ltd. | 246,729 | $60.62 |
| April 18, 2007 | Pershing Square International, Ltd. | 236,053 | $60.68 |
| April 18, 2007 | Pershing Square International, Ltd. | 36,783 | $60.76 |
| April 19, 2007 | Pershing Square International, Ltd. | 113,171 | $60.86 |
| April 19, 2007 | Pershing Square International, Ltd. | 160,302 | $61.21 |
| April 19, 2007 | Pershing Square International, Ltd. | 55,845 | $61.23 |
| April 20, 2007 | Pershing Square International, Ltd. | 11,165 | $61.98 |
| April 27, 2007 | Pershing Square International, Ltd. | (896,242)* | $60.77 |
| April 30, 2007 | Pershing Square International, Ltd. | 332,437 | $59.80 |
| April 30, 2007 | Pershing Square International, Ltd. | 331,817 | $59.91 |
| April 30, 2007 | Pershing Square International, Ltd. | 28,325 | $60.00 |
| May 1, 2007 | Pershing Square International, Ltd. | 13,947 | $58.74 |
| May 1, 2007 | Pershing Square International, Ltd. | 142,113 | $58.92 |
| May 2, 2007 | Pershing Square International, Ltd. | (848,639)* | $58.95 |
| May 7, 2007 | Pershing Square International, Ltd. | 110,900 | $59.32 |
| May 8, 2007 | Pershing Square International, Ltd. | 113,268 | $58.91 |
| May 8, 2007 | Pershing Square International, Ltd. | 311,940 | $59.03 |
| May 8, 2007 | Pershing Square International, Ltd. | 242,067 | $59.18 |
| May 9, 2007 | Pershing Square International, Ltd. | 186,890 | $59.08 |
| May 11, 2007 | Pershing Square International, Ltd. | (965,065)* | $58.25 |
| May 22, 2007 | Pershing Square International, Ltd. | 84,954 | $58.13 |
| May 22, 2007 | Pershing Square International, Ltd. | 226,545 | $58.20 |
| May 22, 2007 | Pershing Square International, Ltd. | 638,891 | $58.21 |
| July 9, 2007 | Pershing Square IV A, L.P. | 602,076 | $66.76 |
| July 10, 2007 | Pershing Square IV A, L.P. | 267,924 | $65.98 |
| April 17, 2007 | Pershing Square, L.P. | 28,243 | $60.60 |
| April 17, 2007 | Pershing Square, L.P. | 192,533 | $60.62 |
| April 18, 2007 | Pershing Square, L.P. | 184,133 | $60.68 |
| April 18, 2007 | Pershing Square, L.P. | 28,692 | $60.76 |
| April 19, 2007 | Pershing Square, L.P. | 88,205 | $60.86 |
| April 19, 2007 | Pershing Square, L.P. | 124,939 | $61.21 |
| April 19, 2007 | Pershing Square, L.P. | 43,325 | $61.23 |
| April 20, 2007 | Pershing Square, L.P. | 8,709 | $61.98 |
| April 27, 2007 | Pershing Square, L.P. | (698,979)* | $60.77 |
| April 30, 2007 | Pershing Square, L.P. | 250,629 | $59.80 |
| Apr. 30, 2007 | Pershing Square, L.P. | 250,161 | $59.91 |
| April 30, 2007 | Pershing Square, L.P. | 21,354 | $60.00 |
| May 1, 2007 | Pershing Square, L.P. | 10,517 | $58.74 |
| May 1, 2007 | Pershing Square, L.P. | 107,156 | $58.92 |
| May 2, 2007 | Pershing Square, L.P. | (639,817)* | $58.95 |
| May 7, 2007 | Pershing Square, L.P. | 83,668 | $59.32 |
| May 8, 2007 | Pershing Square, L.P. | 85,450 | $58.91 |

```
May 8, 2007      Pershing Square, L.P.           235,330    $59.03
May 8, 2007      Pershing Square, L.P.           182,616    $59.18
May 9, 2007      Pershing Square, L.P.           140,995    $59.08
May 11, 2007     Pershing Square, L.P.          (728,059)*  $58.25
May 22, 2007     Pershing Square, L.P.            64,092    $58.13
May 22, 2007     Pershing Square, L.P.           170,911    $58.20
May 22, 2007     Pershing Square, L.P.           481,995    $58.21
```

* Each disposition of a security marked with an asterisk above was made solely
for the purpose of effectuating purchases by the applicable Reporting Person of
over-the-counter American-style call options or cash-settled equity swaps.

<PAGE>

<TABLE>
<CAPTION>
<S>                 <C>                      <C>       <C>      <C>    <C>           <C>         <C>      <C>

OPTIONS

| Trade date | Security | Quantity | Strike Price | Expiration Date | Unit Price | Amount | Transaction Type |
|---|---|---|---|---|---|---|---|
| Pershing Square II, L.P. | | | | | | | |
| April 27, 2007 | American-style Call Option | 39,493 | $48.6012 | October 17, 2008 | $16.99 | $670,972 | BUY |
| May 11, 2007 | American-style Call Option | 37,052 | $46.5988 | January 16, 2009 | $17.21 | $637,539 | BUY |
| May 16, 2007 | American-style Call Option | 33,535 | $46.1146 | January 16, 2009 | $17.05 | $571,688 | BUY |
| Pershing Square International, Ltd. | | | | | | | |
| April 27, 2007 | American-style Call Option | 3,484,289 | $48.6012 | October 17, 2008 | $16.99 | $59,196,837 | BUY |
| May 11, 2007 | American-style Call Option | 3,272,126 | $46.5988 | January 16, 2009 | $17.21 | $56,302,163 | BUY |
| May 16, 2007 | American-style Call Option | 2,958,275 | $46.1146 | January 16, 2009 | $17.05 | $50,431,193 | BUY |
| Pershing Square IV A, L.P. | | | | | | | |
| June 8, 2007 | American-style Call Option | 5,000,000 | $50.6606 | January 16, 2009 | $19.10 | $95,495,000 | BUY |
| June 13, 2007 | American-style Call Option | 5,000,000 | $34.6290 | December 14, 2007 | $29.31 | $146,550,000 | BUY |
| June 20, 2007 | American-style Call Option | 13,700,000 | $51.0669 | December 19, 2008 | $19.22 | $263,314,000 | BUY |
| July 5, 2007 | American-style Call Option | 14,500,000 | $51.0847 | October 2, 2008 | $18.23 | $264,301,650 | BUY |
| July 5, 2007 | American-style Call Option | 14,500,000 | $51.0847 | April 2, 2009 | $20.03 | $290,504,600 | BUY |
| July 9, 2007 | American-style Call Option | 4,681,359 | $53.1178 | October 6, 2008 | $18.95 | $88,711,753 | BUY |
| July 9, 2007 | American-style Call Option | 4,681,359 | $53.1178 | April 6, 2009 | $20.83 | $97,512,708 | BUY |
| Pershing Square, L.P. | | | | | | | |
| April 27, 2007 | American-style Call Option | 2,626,851 | $48.6012 | October 17, 2008 | $16.99 | $44,629,268 | BUY |
| May 11, 2007 | American-style Call Option | 2,468,227 | $46.5988 | January 16, 2009 | $17.21 | $42,469,795 | BUY |
| May 16, 2007 | American-style Call Option | 2,230,785 | $46.1146 | January 16, 2009 | $17.05 | $38,029,307 | BUY |

</TABLE>

<PAGE>

<TABLE>
<CAPTION>
<S>                 <C>                      <C>       <C>      <C>           <C>

SWAPS

| Trade date | Security | Quantity | Unit Price | Amount | Transaction Type |
|---|---|---|---|---|---|
| Pershing Square II, L.P. | | | | | |
| May 2, 2007 | Cash-settled Equity Swaps | 16,688 | $59.12 | $986,646 | BUY |
| May 11, 2007 | Cash-settled Equity Swaps | (16,688)* | $58.25 | $972,076 | SELL |

Pershing Square International, Ltd.

| | | | | | |
|---|---|---|---|---|---|
| May 2, 2007 | Cash-settled Equity Swaps | 1,458,261 | $59.12 | $86,216,911 | BUY |
| May 11, 2007 | Cash-settled Equity Swaps | (1,458,261)* | $58.25 | $84,943,703 | SELL |

Pershing Square IV A, L.P.

| | | | | | |
|---|---|---|---|---|---|
| June 5, 2007 | Cash-settled Equity Swaps | 5,000,000 | $63.35 | $316,767,000 | BUY |

Pershing Square, L.P.

| | | | | | |
|---|---|---|---|---|---|
| May 2, 2007 | Cash-settled Equity Swaps | 1,100,051 | $59.12 | $65,038,425 | BUY |
| May 11, 2007 | Cash-settled Equity Swaps | (1,100,051)* | $58.25 | $64,077,971 | SELL |

* Each disposition of a security marked with an asterisk above was made solely
for the purpose of effectuating purchases by the applicable Reporting Person of
over-the-counter American-style call options or cash-settled equity swaps.

</TABLE>


</TEXT>
</DOCUMENT>

# EXHIBIT B

EX-99.1 2 file2.htm TRADING DATA

**Exhibit 99.1**

## PERSHING SQUARE IV A, L.P.

*Common Stock*

| Transaction Type | Security | Trade Date | Settle Date | Quantity | | Unit Cost | Trade Amount |
|---|---|---|---|---|---|---|---|
| Buy | TARGET CORPORATION | 11/20/2007 | 11/23/2007 | 556,776 | $ | 51.28 | $ 28,549,190 |
| Buy | TARGET CORPORATION | 11/21/2007 | 11/26/2007 | 443,224 | $ | 51.50 | $ 22,825,327 |
| Sell | TARGET CORPORATION | 11/21/2007 | 11/26/2007 | 2,870,000 | $ | 53.57 | $153,743,547 |
| Buy | TARGET CORPORATION | 11/23/2007 | 11/28/2007 | 761,300 | $ | 56.42 | $ 42,955,591 |
| Buy | TARGET CORPORATION | 11/23/2007 | 11/28/2007 | 122,900 | $ | 56.77 | $  6,976,640 |
| Buy | TARGET CORPORATION | 12/4/2007 | 12/7/2007 | 5,000,000 | $ | 59.43 | $297,150,000 |

*Options*

| Transaction Type | Security | Trade Date | Settlement Date | Quantity | | Strike Price | Expiration Date | | Unit Cost | Trade Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Buy | American-style Call Option | 11/21/2007 | 11/27/2007 | 6,850,000* | $ | 45.00 | 11/20/2009 | $ | 16.49 | $112,956,500 |
| Buy | American-style Call Option | 11/21/2007 | 11/27/2007 | 5,352,800* | $ | 45.00 | 11/20/2009 | $ | 18.14 | $ 97,099,792 |
| Sell | American-style Call Option | 12/4/2007 | 12/5/2007 | 5,000,000 | | $ 34.5890 | 12/14/2007 | $ | 24.86 | $124,320,500 |
| Buy | American-style Call Option | 12/20/2007 | 12/21/2007 | 6,451,613* | $ | 41.616 | 1/15/2010 | $ | 19.34 | $124,747,099 |

*Swaps*

| Transaction Type | Security | Trade Date | Settle Date | Quantity | | Unit Cost |
|---|---|---|---|---|---|---|
| Sell | Cash-settled Equity Swap | 11/16/2007 | 11/21/2007 | 1,651,100 | $ | 55.00 |
| Buy | Cash-settled Equity Swap | 11/16/2007 | 11/1/2007 | 4,000,000 | $ | 54.96 |
| Buy | Cash-settled Equity Swap | 11/20/2007 | 11/23/2007 | 1,000,000 | $ | 52.47 |
| Sell | Cash-settled Equity Swap | 11/21/2007 | 11/26/2007 | 5,000,000 | $ | 51.11 |
| Sell | Cash-settled Equity Swap | 12/17/2007 | 12/20/2007 | 1,000,000 | $ | 52.05 |
| Sell | Cash-settled Equity Swap | 12/20/2007 | 12/23/2007 | 4,000,000 | $ | 51.9965 |

\*  Cash-settled option contract for which the Reporting Persons disclaim any beneficial ownership of securities that may be referenced by the option contract or that may be held from time to time by the counterparty.

## PERSHING SQUARE IV C, L.P.

### Common Stock

| Transaction Type | Security | Trade Date | Settle Date | Quantity | | Unit Cost | Trade Amount |
|---|---|---|---|---|---|---|---|
| Buy | TARGET CORPORATION | 12/4/2007 | 12/7/2007 | 250,000 | $ | 59.07 | $ 14,766,950 |
| Buy | TARGET CORPORATION | 12/4/2007 | 12/7/2007 | 250,000 | $ | 59.68 | $ 14,920,075 |
| Buy | TARGET CORPORATION | 12/6/2007 | 12/10/2007 | 509,589 | $ | 56.50 | $ 28,791,727 |

## PERSHING SQUARE, L.P.,
## PERSHING SQUARE INTERNATIONAL, LTD.,
## PERSHING SQUARE II, L.P.

### Options

| Transaction Type | Security | Trade Date | Settlement Date | Quantity | Strike Price | Expiration Date | | Unit Cost | | Trade Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Buy | American-style Call Option | 12/20/2007 | 12/21/2007 | 2,000,000* | $40.08 | 1/15/2010 | $ | 18.49 | $ | 36,973,801 |
| Buy | American-style Call Option | 12/21/2007 | 12/27/2007 | 500,000* | $42.76 | 1/15/2010 | $ | 17.40 | $ | 8,700,000 |
| Buy | American-style Call Option | 12/21/2007 | 12/27/2007 | 600,000* | 42.811 | 1/15/2010 | $ | 17.11 | $ | 10,266,000 |
| Buy | American-style Call Option | 12/21/2007 | 12/27/2007 | 100,000* | $42.798 | 1/15/2010 | $ | 17.381 | $ | 1,738,100 |
| Buy | American-style Call Option | 12/21/2007 | 12/27/2007 | 50,000* | $40.432 | 1/15/2010 | $ | 18.8024 | $ | 940,120 |

* Cash-settled option contract for which the Reporting Persons disclaim any beneficial ownership of securities that may be referenced by the option contract or that may be held from time to time by the counterparty.

# EXHIBIT C

EX-99.1 2 y65653exv99w1.htm EX-99.1: TRADING DATA

**Exhibit 99.1**

| Common Stock Name | Trade Date | Buy/Sell | Quantity | Per Share Cost | Trade Amount |
|---|---|---|---|---|---|
| PERSHING SQUARE INTL | June 17, 2008 | BY | 419,743 | $52.50 | 22,035,542 |
| PERSHING SQUARE INTL | June 18, 2008 | BY | 549,501 | $51.42 | 28,257,039 |
| PERSHING SQUARE INTL | June 20, 2008 | BY | 56,932 | $50.22 | 2,858,943 |
| PERSHING SQUARE LP | June 17, 2008 | BY | 80,257 | $52.50 | 4,213,308 |
| PERSHING SQUARE LP | June 18, 2008 | BY | 346,603 | $51.43 | 17,824,420 |
| PERSHING SQUARE LP | June 20, 2008 | BY | 43,068 | $50.22 | 2,162,737 |
| PERSHING SQUARE II LP | June 18, 2008 | BY | 3,896 | $51.52 | 200,726 |

| Stock Settled Options Name | Buy/Sell | Security | Trade Date | Expiration Date | Quantity | Trade Amount |
|---|---|---|---|---|---|---|
| PERSHING SQUARE IV A, LP | BY | Stock - Settled OTC Call Option | July 11, 2008 | January 15, 2010 | 8,700,000 | 120,234,000 |
| PERSHING SQUARE IV A, LP | SL | Stock - Settled OTC Call Option | July 11, 2008 | December 19, 2008 | (8,700,000) | (28,240,200) |

| Cash Settled Options | | | | | | |
|---|---|---|---|---|---|---|
| PERSHING SQUARE IV A, LP | BY | Cash - Settled OTC Call Option | July 11, 2008 | March 19, 2010 | 4,800,000 | 69,888,000 |

| Cash Settled Equity Swaps | | | | | | |
|---|---|---|---|---|---|---|
| PERSHING SQUARE IV A, LP | SL | Cash - Settled Equity Swap | July 11, 2008 | February 2, 2011 | (5,884,200) | (44,837,604) |

Exhibit 99.1

*Pershing Square Capital Management, LP*

*Stock transactions*

| Transaction Type | Security | Trade Date | Settlement Date | Unit Price | Quantity | Trade Amount |
|---|---|---|---|---|---|---|
| Buy | TARGET CORPORATION | 01/11/08 | 01/16/08 | $ 49.95 | 1,575,000 | $ 78,671,250 |
| Buy | TARGET CORPORATION | 01/14/08 | 01/17/08 | $ 50.49 | 1,131,100 | $ 57,109,239 |
| Buy | TARGET CORPORATION | 01/15/08 | 01/18/08 | $ 49.87 | 1,159,000 | $ 57,799,330 |

*Option Transactions*

| Transaction Type | Security | Trade Date | Settlement Date | Quantity | Strike Price | Expiration Date | Unit Price | Trade Amount |
|---|---|---|---|---|---|---|---|---|
| Sell | American-style Call Option | 01/11/08 | 01/15/08 | 2,500,000 | $ 48.5612 | 10/17/08 | $ 8.78 | $ 21,952,500 |
| Sell | American-style Call Option | 01/14/08 | 01/16/08 | 1,781,250 | $ 48.5612 | 10/17/08 | $ 9.07 | $ 16,155,938 |
| Sell | American-style Call Option | 01/15/08 | 01/17/08 | 1,869,383 | $ 48.5612 | 10/17/08 | $ 8.67 | $ 16,215,776 |

*Swap Transactions*

| Transaction Type | Security | Trade Date | Settle Date | Quantity | Unit Price | Trade Amount |
|---|---|---|---|---|---|---|
| Buy | Cash-settled Equity Swap | 01/04/08 | 01/09/08 | 1,000,000 | $ 49.33 | $ 49,325,600 |
| Buy | Cash-settled Equity Swap | 01/10/08 | 01/15/08 | 1,000,000 | $ 51.21 | $ 51,208,200 |
| Buy | Cash-settled Equity Swap | 01/11/08 | 01/16/08 | 500,000 | $ 49.98 | $ 24,990,650 |

# EXHIBIT D

EX-99.1 2 y01074exv99w1.htm EX-99.1: TRADING DATA

**Exhibit 99.1**

## Common Stock

| Name | Buy/Sell | Security | Trade Date | Quantity | Trade Amount | Per Share Cost |
|------|----------|----------|------------|----------|--------------|----------------|
| PERSHING SQUARE II, L.P. | BY | Common Stock | February 3, 2009 | 6,798 | $ 218,284 | $32.11 |
| PERSHING SQUARE II, L.P. | BY | Common Stock | February 4, 2009 | 11,979 | $ 375,661 | $31.36 |
| PERSHING SQUARE IVA, L.P. | BY | Common Stock | December 11, 2008 | 1,325,000 | $49,753,750 | $37.55 |
| PERSHING SQUARE IVA, L.P. | SL | Common Stock | December 12, 2008 | 2,024,245 | $72,840,841 | $35.98 |
| PERSHING SQUARE IVA, L.P | SL. | Common Stock | December 15, 2008 | 1,002,400 | $34,652,657 | $34.57 |
| PERSHING SQUARE IVA, L.P | BY | Common Stock | December 18, 2008 | 654,300 | $23,672,378 | $36.18 |
| PERSHING SQUARE IVA, L.P. | BY | Common Stock | December 19, 2008 | 200,000 | $ 6,883,100 | $34.42 |
| PERSHING SQUARE IVA, L.P. | BY | Common Stock | December 22, 2008 | 500,000 | $16,455,900 | $32.91 |
| PERSHING SQUARE IVA, L. P. | SL | Common Stock | February 3, 2009 | 2,601,875 | $83,330,981 | $32.03 |
| PERSHING SQUARE, L.P | SL | Common Stock | December 23, 2008 | 500,000 | $16,186,310 | $32.37 |
| PERSHING SQUARE, L.P. | SL | Common Stock | December 24, 2008 | 500,000 | $16,336,059 | $32.67 |
| PERSHING SQUARE, L.P | SL | Common Stock | December 26, 2008 | 500,000 | $16,198,259 | $32.40 |
| PERSHING SQUARE, L.P | BY | Common Stock | February 3, 2009 | 213,202 | $ 6,845,916 | $32.11 |
| PERSHING SQUARE, L.P. | BY | Common Stock | February 4, 2009 | 488,021 | $15,304,339 | $31.36 |

## Stock Settled Options

| Name | Buy/Sell | Security | Trade Date | Quantity | Trade Amount | Expiration Date | Strike Price |
|------|----------|----------|------------|----------|--------------|-----------------|--------------|
| Pershing Square IVA, L.P. | SL | Stock - Settled OTC Call Option | December 11, 2008 | 4,681,359 | $11,309,227 | April 6, 2009 | $53.08 |
| Pershing Square IVA, L.P | SL | Stock - Settled OTC Call Option | February 3, 2009 | 7,247,394 | $14,267,945 | January 15, 2010 | $51.03 |
| Pershing Square IVA, L.P. | SL | Stock - Settled OTC Call Option | February 3, 2009 | 8,700,000 | $35,670,000 | January 15, 2010 | $40.00 |
| Pershing Square IV-I Trade-Co, L.P. | BY | Stock - Settled OTC Call Option | February 3, 2009 | 785,103 | $ 7,497,812 | January 14, 2011 | $35.00 |
| Pershing Square IV-I Trade-Co, L.P. | SS | Stock - Settled OTC Call Option | February 3, 2009 | 785,103 | $ 1,645,654 | January 14, 2011 | $65.00 |
| Pershing Square IV-I Trade-Co, L.P. | BY | Stock - Settled OTC Call Option | February 4, 2009 | 879,315 | $ 8,721,549 | January 31, 2011 | $35.00 |
| Pershing Square IV-I Trade-Co, L. P. | SS | Stock - Settled OTC Call Option | February 4, 2009 | 879,315 | $ 2,161,545 | January 31, 2011 | $65.00 |
| Pershing Square IV Trade-Co, L.P. | BY | Stock - Settled OTC Call Option | February 3, 2009 | 6,512,152 | $62,191,703 | January 14, 2011 | $35.00 |
| Pershing Square IV Trade-Co, L.P | SS | Stock - Settled OTC Call Option | February 3, 2009 | 6,512,152 | $13,650,122 | January 14, 2011 | $65.00 |
| Pershing Square IV Trade-Co, L.P. | BY | Stock - Settled OTC Call Option | February 4, 2009 | 7,293,610 | $72,342,192 | January 31, 2011 | $35.00 |
| Pershing Square IV Trade-Co, L. P. | SS | Stock - Settled OTC Call Option | February 4, 2009 | 7,293,610 | $17,929,256 | January 31, 2011 | $65.00 |
| Pershing Square International IV-I Trade-Co, Ltd. | BY | Stock - Settled OTC Call Option | February 3, 2009 | 1,164,024 | $11,116,546 | January 14, 2011 | $35.00 |
| Pershing Square International IV-I Trade-Co, Ltd | SS | Stock - Settled OTC Call Option | February 3, 2009 | 1,164,024 | $ 2,439,911 | January 14, 2011 | $65.00 |
| Pershing Square International IV-I Trade-Co, Ltd. | BY | Stock - Settled OTC Call Option | February 4, 2009 | 1,303,707 | $12,930,911 | January 31, 2011 | $35.00 |
| Pershing Square International IV-I Trade-Co, Ltd. | SS | Stock - Settled OTC Call Option | February 4, 2009 | 1,303,707 | $ 3,204,791 | January 31, 2011 | $65.00 |
| Pershing Square International IV, Trade-Co, Ltd | BY | Stock - Settled OTC Call Option | February 3, 2009 | 4,038,721 | $38,570,189 | January 14, 2011 | $35.00 |
| Pershing Square International IV, Trade-Co, Ltd | SS | Stock - Settled OTC Call Option | February 3, 2009 | 4,038,721 | $ 8,465,563 | January 14, 2011 | $65.00 |
| Pershing Square International IV, Trade-Co, Ltd | BY | Stock - Settled OTC Call Option | February 4, 2009 | 4,523,368 | $44,865,349 | January 31, 2011 | $35.00 |
| Pershing Square International IV, Trade-Co, Ltd. | SS | Stock - Settled OTC Call Option | February 4, 2009 | 4,523,368 | $11,119,408 | January 31, 2011 | $65.00 |

## Cash Settled Options

| Name | Buy/Sell | Security | Trade Date | Quantity | Trade Amount | Expiration Date | Strike Price |
|---|---|---|---|---|---|---|---|
| Pershing Square IVA, L.P. | SL | Cash - Settled OTC Call Option | February 3, 2009 | 3,500,000 | $ 7,875,000 | November 20, 2009 | $44.95 |
| Pershing Square IVA, L.P. | SL | Cash - Settled OTC Call Option | February 3, 2009 | 5,358,266 | $13,606,245 | November 20, 2009 | $44.95 |
| Pershing Square IVA, L.P. | SL | Cash - Settled OTC Call Option | February 3, 2009 | 6,458,201 | $25,372,334 | January 15, 2010 | $41.57 |
| Pershing Square IVA, L.P. | SL | Cash - Settled OTC Call Option | February 4, 2009 | 3,356,995 | $ 7,056,403 | November 20, 2009 | $44.95 |

**EXHIBIT E**

Item 5(c) of the Schedule 13D is hereby amended and restated as follows:

(c) On February 10, 2009, cash-settled American-style call options covering 4,800,000 shares of Common Stock expiring on March 19, 2010 were sold for $20,630,400 in the aggregate. All of the options sold were previously held for the account of Pershing Square IV A, L.P., and the sales were effected through over-the-counter market transactions.

On February 26, 2009, stock-settled American-style call options covering 14,500,000 shares of Common Stock expiring on April 2, 2009 were sold for $145,000 in the aggregate. All of the options sold were previously held for the account of Pershing Square IV A, L.P., and the sales were effected through over-the-counter market transactions.

Except as disclosed herein, since February 4, 2009 (the date of the most recent amendment to this Schedule 13D), no other transaction in shares of Common Stock or derivative securities were effected by any Reporting Person.

EXHIBIT F

EX-99.2 3 y01328exv99w2.htm EX-99.2: TRADING DATA

**Exhibit 99.2**

### Trading Data

#### Common Stock

| Name | Buy/Sell | Security | Trade Date | Quantity | Trade Amount | Per Share Cost |
|------|----------|----------|-----------|----------|--------------|----------------|
| Pershing Square IV-I Trade-Co, L.P. | Buy | Common Stock | 3/5/2009 | 100 | $ 2,648 | $ 26.48 |

| Name | Buy/Sell | Security | Trade Date | Quantity | Trade Amount | Per Share Cost |
|------|----------|----------|-----------|----------|--------------|----------------|
| Pershing Square IV Trade-Co, L.P. | Buy | Common Stock | 3/5/2009 | 100 | $ 2,648 | $ 26.48 |

| Name | Buy/Sell | Security | Trade Date | Quantity | Trade Amount | Per Share Cost |
|------|----------|----------|-----------|----------|--------------|----------------|
| Pershing Square International IV-I Trade-Co, Ltd. | Buy | Common Stock | 3/5/2009 | 100 | $ 2,648 | $ 26.48 |

| Name | Buy/Sell | Security | Trade Date | Quantity | Trade Amount | Per Share Cost |
|------|----------|----------|-----------|----------|--------------|----------------|
| Pershing Square International IV, Trade-Co, Ltd. | Buy | Common Stock | 3/5/2009 | 100 | $ 2,648 | $ 26.48 |

#### Stock-Settled Options

| Name | Buy/Sell | Security | Trade Date | Quantity | Trade Amount | Expiration Date | Strike Price |
|------|----------|----------|-----------|----------|--------------|-----------------|--------------|
| Pershing Square IV-I Trade-Co, L.P. | Buy | Stock - Settled OTC Call Option | 3/1/2009 | 1,406,282 | $ 8,120,312 | January 31, 2011 | $ 35.00 |
| Pershing Square IV-I Trade-Co, L.P. | Sell Short | Stock - Settled OTC Call Option | 3/1/2009 | 1,406,282 | $ 891,771 | January 31, 2011 | $ 65.00 |
| Pershing Square IV-I Trade-Co, L.P. | Buy | Stock - Settled OTC Call Option | 3/1/2009 | 1,575,036 | $ 8,919,476 | January 14, 2011 | $ 35.00 |
| Pershing Square IV-I Trade-Co, L.P. | Sell Short | Stock - Settled OTC Call Option | 3/1/2009 | 1,575,036 | $ 1,016,323 | January 14, 2011 | $ 65.00 |

| Name | Buy/Sell | Security | Trade Date | Quantity | Trade Amount | Expiration Date | Strike Price |
|------|----------|----------|-----------|----------|--------------|-----------------|--------------|
| Pershing Square IV Trade-Co, L.P. | Sell | Stock - Settled OTC Call Option | 3/1/2009 | 1,406,282 | $ 8,120,312 | January 31, 2011 | $ 35.00 |
| Pershing Square IV Trade-Co, L.P. | Cover Short | Stock - Settled OTC Call Option | 3/1/2009 | 1,406,282 | $ 891,771 | January 31, 2011 | $ 65.00 |
| Pershing Square IV Trade-Co, L.P. | Sell | Stock - Settled OTC Call Option | 3/1/2009 | 2,167,527 | $ 12,515,978 | January 31, 2011 | $ 35.00 |
| Pershing Square IV Trade-Co, L.P. | Cover Short | Stock - Settled OTC Call Option | 3/1/2009 | 2,167,527 | $ 1,374,502 | January 31, 2011 | $ 65.00 |
| Pershing Square IV Trade-Co, L.P. | Sell | Stock - Settled OTC Call Option | 3/1/2009 | 1,575,036 | $ 8,919,476 | January 14, 2011 | $ 35.00 |
| Pershing Square IV Trade-Co, L.P. | Cover Short | Stock - Settled OTC Call Option | 3/1/2009 | 1,575,036 | $ 1,016,323 | January 14, 2011 | $ 65.00 |
| Pershing Square IV Trade-Co, L.P. | Sell | Stock - Settled OTC Call Option | 3/1/2009 | 2,427,629 | $ 13,747,663 | January 14, 2011 | $ 35.00 |
| Pershing Square IV Trade-Co, L.P. | Cover Short | Stock - Settled OTC Call Option | 3/1/2009 | 2,427,629 | $ 1,566,475 | January 14, 2011 | $ 65.00 |

| Name | Buy/Sell | Security | Trade Date | Quantity | Trade Amount | Expiration Date | Strike Price |
|------|----------|----------|-----------|----------|--------------|-----------------|--------------|
| Pershing Square International IV-I Trade-Co, Ltd. | Buy | Stock - Settled OTC Call Option | 3/1/2009 | 2,167,527 | $ 12,515,978 | January 31, 2011 | $ 35.00 |
| Pershing Square International IV-I Trade-Co, Ltd. | Sell Short | Stock - Settled OTC Call Option | 3/1/2009 | 2,167,527 | $ 1,374,502 | January 31, 2011 | $ 65.00 |