DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735
e-Mail:   DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE,

       Plaintiff,                           09 CIVIL 5105 (McKenna, J.)

   - against -

PERSHING SQUARE CAPITAL MANAGEMENT,
L.P., PERSHING SQUARE GP, LLC, PERSHING
SQUARE HOLDINGS GP, LLC, PS MANAGE-
MENT GP, LLC, PERSHING SQUARE HOLDINGS,
PERSHING SQUARE INTERNATIONAL, LTD.,
PERSHING SQUARE, L.P., PERSHING SQUARE
II, L.P., PERSHING SQUARE IVC, L.P., PERSHING
SQUARE IV A, L.P., PERSHING SQUARE TRADE-
CO, L.P., PERSHING SQUARE IV-I TRADE CO.,
LTD., PERSHING SQUARE INTERNATIONAL
TRADE-CO, LTD. and WILLIAM A. ACKMAN,

       Defendants,

TARGET CORPORATION,

       Nominal Defendant.
_____/

## NOTICE OF DISMISSAL

    NOTICE IS HEREBY GIVEN that this action is dismissed pursuant to Rule 41(a)(1)(i) of the Federal Rules Of Civil Procedure.

    ISSUE has not been joined.

NOTICE OF DISMISSAL
DONOGHUE vs. PERSHING SQUARE CAPITAL MANAGEMENT, L.P. ET AL.
09 CIVIL 5105 (JUDGE McKENNA)
- Page 2 -

Dated: Southampton, New York
July 24, 2009

Yours, etc.

David Lopez, Esq. (DL-6779)

SO ORDERED:

_____
Lawrence M. McKenna, Sr. U.S.D.J.
New York, New York
June    , 2009